UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-247-T-30MAP

ALEX LEE LIM

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 15), pursuant to 18 U.S.C. § 2323(b)(1) and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to the defendant's interest in the following property:

a. The 45,967 counterfeit motion picture DVDs with labels affixed, and approximately 72,000 counterfeit labels seized from 2204 Abbey Road, Winter Haven, Florida, on April 24, 2012;

b. The 8,958 counterfeit motion picture DVDs with labels affixed and approximately 8,000 counterfeit labels seized from 215 Towering Pines Drive, Lakeland, Florida, on April 24, 2012; and

c. Approximately 2,400 counterfeit motion picture DVDs with labels affixed seized from Storage Center Self Storage, Unit 429, 1991 Recker Highway, Winter Haven, Florida, on May 18, 2012.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the nexus between the defendant trafficking in counterfeit labels, in violation of 18 U.S.C. § 2318(a), as charged in Count One of the Information, and the property identified above. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 15) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions to 18 U.S.C. § 2323(b)(1) and Fed. R. Crim. P. 32.2(b)(2), the property identified above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on September 6, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-247.forfeiture 15.wpd